United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Curt B. Fultz
Allison K. Fultz
    Debtors

Case No. 13-13951-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 2     Date Rcvd: Jul 28, 2016
                      Form ID: 318     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.

```
db/jdb         #+Curt B. Fultz,    Allison K. Fultz,    99 Vermont Road,    Sinking Spring, PA 19608-9257
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13045694        +Accounts Recovery Bureau,    c/o: John D. Bucolo, Esq.,    147 N. Fifth St. Suite 201,
                  Reading, PA 19601-3494
13045992        +Berks Cardiologists LTD,    2605 Keiser Blvd,    Reading, PA 19610-3338
13739109         Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
13045993        #Berks Family Practice,    730 N. 5th Street,    Reading, PA 19601-2210
13045994         Citibank/Gordons,    PO Box 653054,    Columbus, OH 43218-3015
13045995        +Commercial Acceptance Company,    PO Box 3268,    Shiremanstown, PA 17011-3268
13045996        +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13153607        +Fulton Bank, N.A,    Attn: Shawn M. Long, Esq.,    126 East King St.,    Lancaster, PA 17602-2832
13235380        +Joseph T. Bambrick, Jr., Esq.,    529 Reading Avenue,    West Reading, PA 19611-1072
13119675        +Met-Ed,    a FirstEnergy Company,    331 Newman Springs Rd.,    3rd Floor,
                  Red Bank, NJ 07701-5688
13052239        +Orthopaedic Associates of Reading,,    301 S. 7th Ave., Suite 3220,,
                  West Reading, PA 19611-1493
13046002         PFS Group,    7670 Woodway Drive, Suite 250,    Houston, TX 77063-1519
13073601        +Reading Area Water Authority,    c/o John D. Bucolo, Esq.,    147 N. Fifth Street, Suite 201,
                  Reading, PA 19601-3494
13063842         St. Joseph Medical Center,    P.O. Box 644168,    Pittsburgh, PA 15264-4168
13046003        +St. Joseph Medical Center,    Patient Financial Services,    1643 Lewis Ave., Suite 203,
                  Billings, MT 59102-4151
13045715        +Township of Cumru,    c/o: John D. Bucolo, Esq.,    147 N. Fifth St. Suite 201,
                  Reading, PA 19601-3494
13046005        +Township of Cumru Sewer Department,    1775 Welsh Road,    Mohnton, PA 19540-8803
13156361        +Wells Fargo Bank NA,    JOSEPH PATRICK SCHALK,    Phelan Hallinan & Schmieg, LLP,
                  1617 JOHN F. KENNEDY BLVD. ,    SUITE 1400,    PHILADELPHIA, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr              +EDI: QLEFELDMAN.COM Jul 29 2016 01:23:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             +E-mail/Text: robertsl2@dnb.com Jul 29 2016 01:37:58      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2016 01:37:45
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 29 2016 01:38:02      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13045990         EDI: AFNIRECOVERY.COM Jul 29 2016 01:23:00      Afni, Inc.,    PO Box 3517,
                  Bloomington, IL 61702-3517
13045991         EDI: ACCE.COM Jul 29 2016 01:23:00      Asset Acceptance , LLC,    PO Box 2036,
                  Warren, MI 48090-2036
13045997         EDI: ESSL.COM Jul 29 2016 01:23:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0063
13052737         EDI: FORD.COM Jul 29 2016 01:23:00      Ford Motor Credit Company LLC,    P.O. Box 6275,
                  Dearborn, MI 48121
13045998         EDI: FORD.COM Jul 29 2016 01:23:00      Ford Motor Credit,    PO Box 689007,
                  Franklin, TN 37068-9007
13045999        +E-mail/Text: bankruptcy@fult.com Jul 29 2016 01:38:16      Fulton Bank,    PO Box 432,
                  East Petersburg, PA 17520-0432
13142603        +E-mail/Text: bankruptcy@fult.com Jul 29 2016 01:38:16      Fulton Bank N A,    P O Box 432,
                  East Petersburg, PA 17520-0432
13154463        +E-mail/Text: bankruptcy@fult.com Jul 29 2016 01:38:16      Fulton Bank, N.A.,,
                  One Penn Square,,    Lancaster, PA 17602-2853
13046000         EDI: IRS.COM Jul 29 2016 01:23:00      Internal Revenue Service,    PO Box 30309,
                  Memphis, TN 38130-0309
13051583         E-mail/Text: ebn@vativrecovery.com Jul 29 2016 01:37:42      Palisades Acquisition IX  LLC,
                  Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                  PO Box 40728,    Houston, TX  77240-0728
13046001         E-mail/Text: ebn@vativrecovery.com Jul 29 2016 01:37:42      Palisades Acquisition IX LLC,
                  P.O. Box 40728,    Houston, TX  77240-0728
13046006        +E-mail/Text: james.r.shear@hud.gov Jul 29 2016 01:38:14      US Dept. of HUD,
                  HUD Claim # 72-1007075,    52 Corporate Circle,    Albany, NY 12203-5166
13150971        +EDI: WFFC.COM Jul 29 2016 01:23:00      Wells Fargo Bank, N.A.,
                  Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                  Fort Mill, SC 29715-7203
13046007        +EDI: WFFC.COM Jul 29 2016 01:23:00      Wells Fargo Home Mortgage,    PO Box 10335,
                  Des Moines, IA 50306-0335
                                                                                               TOTAL: 18
```

```
District/off: 0313-4          User: dlv                Page 2 of 2                  Date Rcvd: Jul 28, 2016
                              Form ID: 318             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +LYNN E. FELDMAN,    Feldman Law Offices PC,   221 N. Cedar Crest Blvd.,
               Allentown, PA 18104-4603
13046004*     +St. Joseph Medical Center,    Patient Financial Services,   1643 Lewis Ave.,Suite 203,
               Billings, MT 59102-4151
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              JOHN D. BUCOLO    on behalf of Creditor    Township of Cumru JBLegally@aol.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Allison K. Fultz NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Curt B. Fultz NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
               lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              SHAWN M. LONG    on behalf of Creditor    Fulton Bank N A slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;jhudson@barley.com;kcunneen@barley.com;ashirk@barley.com;ts
               hober@barley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Curt B. Fultz** | Social Security number or ITIN  **xxx–xx–1187** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Allison K. Fultz** | Social Security number or ITIN  **xxx–xx–2026** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **13–13951–ref**

# Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Curt B. Fultz                                              Allison K. Fultz
                                                           aka Allison K. Paskevich

7/28/16                                                   **By the court:**   Richard E. Fehling
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**